**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6668**
_____

THOMAS LOUIS DAVIS, Rev,

                    Plaintiff – Appellant,

          v.

CHRISTINE WILSON; JAMES BUKOFFSKY; BRIAN CHAPMAN; ANTHONY
DORE; LARRY WEIDNER; ERIC ERICKSON; STATE OF SOUTH
CAROLINA; MATTHEW FRIEDMAN,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., Senior
District Judge.  (9:13-cv-00382-GRA)

_____

Submitted:  August 29, 2013        Decided:  September 4, 2013

_____

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Louis Davis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Louis Davis appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Davis's civil complaint. We have reviewed the record and find no reversible error. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2013). The magistrate judge recommended that relief be denied and advised Davis that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Davis failed to file specific objections to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Davis has waived appellate review of his claims by failing to file specific objections after receiving proper notice.

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

AFFIRMED